IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEROME D. RUFFINS,
    Plaintiff,

vs.                                      Case No.: 3:16cv703/RV/EMT

DEPUTY JARRETT BENJAMIN DESILVA, et al.,
    Defendants.
_____/

## **O R D E R**

The Chief Magistrate Judge issued a Report and Recommendation on February 13, 2020 (ECF No. 107). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Chief Magistrate Judge's Report and Recommendation (ECF NO. 107) is adopted and incorporated by reference in this order.

2. Defendants' Motion for Contempt of Court and Motion for Sanctions (ECF No. 91) is **GRANTED** and this case **DISMISSED with prejudice** as a second sanction for Plaintiff's hindrance of the discovery process.

**DONE AND ORDERED** this 16th day of March, 2020.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**